IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALFONSO SALCIDO HERRERA, JR.,

     Petitioner,

v.                                                                No. 2:25-cv-743 KG/GBW
                                                                  No. 2:23-cr-413 KG/GBW

UNITED STATES OF AMERICA,

     Respondent.

ORDER TO ANSWER[1]

This matter is before the Court on Petitioner Alfonso Salcido Herrera, Jr's Motion to

Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2255 (CV Doc. 4; CR Doc. 83)

(Section 2255 Motion).   Petitioner challenges his federal conviction based on claims of

ineffective assistance of counsel.   Petitioner also seeks "a limited period of discovery."   (CV

Doc. 4) at 25.   Having reviewed the Section 2255 Motion pursuant to Habeas Corpus Rule 4, the

Court determines the claims must be resolved on a full record.   The Court will order the United

States to respond to the Section 2255 Motion within 60 days of entry of this Order.   The Answer

should address Petitioner's request for discovery.

Also before the Court is Petitioner's Motion to Re-Appoint the Federal Public Defender

(CV Doc. 7; CR Doc. 88).   The Court previously appointed Federal Public Defender Chaz

Rotenberg to represent Petitioner, and Mr. Rotenberg filed the Section 2255 Motion.   *See* (CR

---

1 The Court dockets this Order to Answer in both the criminal and civil cases to make sure that
Respondent receives it.   However, Respondent need only file an answer in the civil case.   All
documents related to the § 2255 Petition should only be filed in the civil case going forward.

Doc. 78).   Federal Public Defender Violet Edelman filed a Notice of Substitution of Counsel on

April 13, 2026.   (CV Doc. 6; CR Doc. 87).   Because Petitioner is currently represented by

counsel from the Federal Public Defender's office, the Court denies Petitioner's Motion to Re-

Appoint the Federal Public Defender, (CV Doc. 7; CR Doc. 88), as moot.

IT IS THEREFORE ORDERED that:

1. The United States shall ANSWER the Section 2255 Motion within sixty (60) days of

   entry of this Order, as set forth above;

2. Petitioner may file an optional reply within thirty (30) days after the answer is filed; and

3. Petitioner's Motion to Re-Appoint the Federal Public Defender (CV Doc. 7; CR Doc. 88)

   is DENIED as moot.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

2