IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALFONSO SALCIDO HERRERA, JR.,

    Petitioner,

v.                                    No. 2:25-cv-743 KG/GBW
                                          No. 2:23-cr-413 KG/GBW

UNITED STATES OF AMERICA,

    Respondent.

<u>ORDER</u>

This matter is before the Court on Petitioner Alfonso Salcido Herrera, Jr.'s "Pro Se Motion to Re-Appoint the Federal Public Defender of New Mexico" or, in the alternative, "Appoint CJA Counsel for the Purpose of Petitioner's 28 U.S.C. 2255 Motion." (Doc. 7). Having reviewed the request, the Court finds the Motion should be denied as moot. Attorney Violet Edelman, Federal Defender for the District of New Mexico, has entered her appearance in this matter on behalf of Petitioner. (Doc. 6).

Also before the Court is Petitioner's Unopposed Motion for Leave to Amend First 28 U.S.C. § 2255 Motion filed by Ms. Edelman on behalf of Petitioner. (Doc. 9). Petitioner requests leave to amend so he may include a written declaration. Having reviewed the request, the Court finds the Motion for Leave is well-taken and will grant the Motion.

IT IS THEREFORE ORDERED that Petitioner Alfonso Salcido Herrera, Jr.'s "Pro Se Motion to Re-Appoint the Federal Public Defender of New Mexico" or "Appoint CJA Counsel for the Purpose of Petitioner's 28 U.S.C. 2255 Motion," (Doc. 7), is DENIED as moot.

IT IS FURTHER ORDERED that Petitioner's Unopposed Motion for Leave to Amend First 28 U.S.C. § 2255 Motion, (Doc. 9), is GRANTED.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.