IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALFONSO SALCIDO HERRERA, JR.,

Petitioner,

v.

No. 2:25-cv-00743 KG/GBW
No. 2:23-cr-00413 KG/GBW

UNITED STATES OF AMERICA,

Respondent.

ORDER

This matter comes before the Court upon the United States of America's Motion to Seal its' Response in Opposition to Petitioner's Motion to Vacate, Set Aside, or Correct a Sentence Pursuant to 28 U.S.C. § 2255. (Doc. 14). The Government indicates this motion is "submitted for the purpose of protecting the sensitive information contained in the transcripts of the Change of Plea and the Sentencing Hearings." *Id.* at 1. Also, before the Court is Petitioner Alfonso Salcido Herrera Jr.'s Motion to Extend Time to File a Reply to the Government's Response. (Doc. 15). Mr. Herrera's counsel explains that additional time is requested because he is scheduled to be out of the office for approximately three weeks in September and October, 2026. Both motions are unopposed. Having reviewed the motions, the Court finds they are well-taken and will be granted.

IT IS THEREFORE ORDERED that the Government's Motion to Seal its' Response in Opposition to Petitioner's Motion to Vacate, Set Aside, or Correct a Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 14), is GRANTED.

IT IS FURTHER ORDERED that the Petitioner Alfonso Salcido Herrera Jr.'s Motion to Extend Time to File Reply (Doc. 15), is GRANTED. Petitioner shall file a reply to the Government's Response by October 23, 2026.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.